UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22865-Civ-COOKE/GOODMAN

MICHAEL MCGUIRE,

        Plaintiff,

v.

SOUTHERN PACKAGING
MACHINERY CORPORATION and
DAVID RASKA,

        Defendants.

_____/

**Notice of Entry of Party**

Pursuant to the Clerk of the Court's instructions in DE 22, the undersigned hereby gives notice of entry into CM/ECF system of the name of the mediator: Marlene Quintana, B.C.S., Gray Robinson Attorneys at Law, 333 S.E. 2nd Avenue, Suite 3200, Miami, FL 33131.

        Respectfully submitted,
        RODRIGUEZ TRAMONT + NUÑEZ P.A.

        By: /s/ Andrew V. Tramont
        Andrew V. Tramont
        Florida Bar No. 322830
        avt@rtgn-law.com
        Stephanie Therese Núñez
        Florida Bar No. 099588
        stn@rtgn-law.com
        Paul M. Núñez
        Florida Bar No. 124205
        pmn@rtgn-law.com
        255 Alhambra Circle, Suite 1150
        Coral Gables, FL 33134
        Telephone: (305) 350-2300

CASE NO.: 18-22865-Civ-COOKE/GOODMAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of September, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF which will send notice of electronic filing to all counsel of record.

/s/ Andrew V. Tramont
Andrew V. Tramont